In the Matter of the Claim of the Estate of Kenneth McGrath, Deceased, Respondent, against W. W. & Kittie L. Watson and Another, Appellants. State Industrial Board, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Present — Van Kirk, P. J. Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of Alexander Depseo, Respondent, against Taylor Fichter Construction Company, Appellant. State Industrial Board, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

William Bond and Another, Respondents, v. Frank Quinn, Executor, etc., of Guy Beckwith, Deceased, Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs on the ground of failure of proof. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck JJ., concur.

Ten Eyck T. Mosher, Respondent, v. Hereward Von Der Decken and Elizabeth Von Der Decken, Appellants, and Others, Defendants, Consolidated with Joseph Mandelbaum and Louis Silberman, Respondents, v. Hereward Von Der Decken and Elizabeth Von Der Decken, Appellants, and Others, Defendants.— Interlocutory judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

Lila Schifter, an Infant, by Isaac Schifter, Her Guardian ad Litem, Respondent, v. Bessie Magaziner, Appellant. Henrietta Schifter, Respondent, v. Bessie Magaziner, Appellant.*— Judgments and orders affirmed, with costs in one action. Van Kirk, P. J., Whitmyer and Hasbrouck, JJ., concur; Davis and Hill, JJ., dissent and vote for reversal and a new trial on the ground that the verdict is against the weight of the evidence on the questions of negligence and contributory negligence.